IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian A. Lauritsen and Bobbie M. Lauritsen<br>      Debtors, | BANKRUPTCY CASE NUMBER<br>21-70307-JAD |
| JPMorgan Chase Bank, National Association<br>      Movant.<br>v. | CHAPTER 13 |
| Brian A. Lauritsen and Bobbie M. Lauritsen<br>      Debtors/Respondents, | |
| Ronda J. Winnecour, Trustee<br>      Additional Respondent | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

     Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), JPMorgan Chase Bank, National Association, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

/s/ Kristen D. Little

Dated:  August 17, 2021

BY:_____
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 20-065665

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian A. Lauritsen and Bobbie M. Lauritsen<br>         Debtors, | BANKRUPTCY CASE NUMBER<br>21-70307-JAD |
| JPMorgan Chase Bank, National Association<br>         Movant.<br>v.<br><br>Brian A. Lauritsen and Bobbie M. Lauritsen<br>         Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>         Additional Respondent. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

     I, Kristen D. Little, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this August 17, 2021:

Brian A. Lauritsen
840 24th Street
Altoona, PA 16601

Bobbie M. Lauritsen
840 24th Street
Altoona, PA 16601

Lawrence W. Willis, Esquire, Willis & Associates
201 Penn Center Boulevard
Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219 - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Kristen D. Little
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com