**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-70307-JAD |
| | : | |
| **BRIAN A. LAURITSEN AND** | : | CHAPTER 13 |
| **BOBBIE M. LAURITSEN,** | : | |
| **DEBTORS** | : | |
| | : | RELATED TO DOCUMENT NO. 6, 14 |
| **BRIAN A. LAURITSEN AND** | : | |
| **BOBBIE M. LAURITSEN,** | : | |
| **MOVANTS** | : | HEARING DATE & TIME: |
| | : | September 15, 2021 at 10:00 AM |
| vs. | : | |
| | : | |
| **AFFIRM INC.,** | : | |
| **ALLEGHENY RESOURCES,** | : | |
| **ALLY FINANCIAL,** | : | |
| **BANK OF AMERICA,** | : | |
| **BANK OF THE WEST,** | : | |
| **CACH LLC,** | : | |
| **CAPITAL ONE BANK USA,** | : | |
| **CAVALRY SPV,** | : | |
| **CBNA,** | : | |
| **CITIZENS BANK NA,** | : | |
| **COMENITY BANK,** | : | |
| **CREDIT FIRST,** | : | |
| **DISCOVER BANK,** | : | |
| **DISCOVER FINANCIAL,** | : | |
| **FIRST COMMONWEALTH BANK,** | : | |
| **JPMCB HOME,** | : | |
| **LAKEVIEW LOAN SERV.,** | : | |
| **LAW OFFICE OF STEPHEN ELGGREN,** | : | |
| **MCKENZIE BANKING CO.,** | : | |
| **NW BANK,** | : | |
| **ON DECK CAPITAL,** | : | |
| **RD/BPM/ONNIX,** | : | |
| **SANTANDER CONSUMER,** | : | |
| **SWIFT FINANCIAL,** | : | |
| **SYNCB,** | : | |
| **TBOM,** | : | |
| **THD,** | : | |
| **TOYOTA MOTOR CREDIT,** | : | |
| **UPMC,** | : | |
| **RESPONDENTS** | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| **and** | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |

|  |  |
|---|---|
| **CHAPTER 13 TRUSTEE,** | **:** |
| **ADDITIONAL** | **:** |
| **RESPONDENT** | **:** |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO EXTEND AUTOMATIC STAY FILED AT DOCKET NO. 6

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay filed on July 30, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 20, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>August 21, 2021</u>　　　　　　　　　　　　By: <u>/s/ Lawrence Willis Esquire</u>
　　　　　　　　　　　　　　　　　　　　　　　　Lawrence W Willis, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 85299
　　　　　　　　　　　　　　　　　　　　　　　　Willis & Associates
　　　　　　　　　　　　　　　　　　　　　　　　201 Penn Center Blvd
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 412.235.1721
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 412.542.1704
　　　　　　　　　　　　　　　　　　　　　　　　lawrencew@urfreshstrt.com