UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Brian A Lauritsen and Bobbie M Lauritsen<br>　　Debtors<br>_____<br>JPMorgan Chase Bank, National Association,<br>　　Movant,<br>v.<br><br>Brian A Lauritsen and Bobbie M Lauritsen,<br>　Debtors,<br>and<br>Ronda J. Winnecour, Trustee,<br>　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>21-70307-JAD<br><br>Hearing Date and Time: 9/24/2021 at 09:00 AM<br><br>Docket #: _____<br><br>Related to Doc # 2 |

**OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

　　JPMorgan Chase Bank, National Association, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

　　1.　　On or about July 30, 2021, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

　　2.　　Movant holds an allowed claim, secured only by a mortgage lien on real estate which is not the principal residence of Debtor located at 840 24th Street, Altoona, PA 16601.

　　3.　　Movant is in the process of filing its Proof of Claim citing arrears in the amount of $4,938.36, and a total claim in the amount of $19,634.18.

　　4.　　Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $1,330.07 to be paid to the Trustee through the Plan.

　　5.　　The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

　　6.　　The Plan fails to comply with 11 U.S.C. § 1322.

　　7.　　The Plan fails to comply with 11 U.S.C. § 1325.

　　8.　　The Court must deny confirmation of Debtor's Chapter 13 Plan.

      WHEREFORE, JPMorgan Chase Bank, National Association respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

      Respectfully submitted,

Dated: August 26, 2021

/s/ Kristen D. Little
BY:_____
Kristen D. Little
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

LLG File #:20-065665

PA BAR ID #79992
pabk@logs.com
klittle@logs.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian A Lauritsen and Bobbie M Lauritsen<br><br>　　　　Debtors.<br><br>JPMorgan Chase Bank, National Association<br>　　　　Movant,<br>v.<br><br>Brian A Lauritsen and Bobbie M Lauritsen<br>　　　　Debtors,<br><br>Ronda J. Winnecour, Trustee<br>　　　　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>21-70307-JAD |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Objection of JPMorgan Chase Bank, National Association to the confirmation of Debtor's Chapter 13 Plan of Reorganization, it is hereby ORDERED that the Objection is sustained, and confirmation of Debtor's Plan is denied.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Brian A Lauritsen and Bobbie M Lauritsen<br>　　　Debtors.<br><br>JPMorgan Chase Bank, National Association,<br>　　　Movant,<br>v.<br><br>Brian A Lauritsen and Bobbie M Lauritsen,<br>　Debtors,<br>and<br>Ronda J. Winnecour, Trustee,<br>　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>21-70307-JAD |

## **CERTIFICATE OF SERVICE**

　　　I, Kristen D. Little, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of JPMorgan Chase Bank, National Association's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on August 26, 2021:

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Boulevard Suite 310
Pittsburgh, PA 15235
Sent via electronic notification ecf@westernpabankruptcy.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Sent via electronic notification cmecf@chapter13trusteewdpa.com

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kristen D. Little
　　　　　　　　　　　　　　　　　　　　　　　Kristen D. Little
　　　　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
LLG File #:20-065665　　　　　　　　　　　　(610) 278-6800