# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-70307-JAD |
| | : | |
| **BRIAN A. LAURITSEN AND** | : | CHAPTER 13 |
| **BOBBIE M. LAURITSEN,** | : | |
| DEBTORS | : | |
| | : | RELATED TO DOCUMENT NO. 6 |
| **BRIAN A. LAURITSEN AND** | : | |
| **BOBBIE M. LAURITSEN,** | : | |
| MOVANTS | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| **AFFIRM INC.,** | : | |
| **ALLEGHENY RESOURCES,** | : | |
| **ALLY FINANCIAL,** | : | |
| **BANK OF AMERICA,** | : | |
| **BANK OF THE WEST,** | : | |
| **CACH LLC,** | : | |
| **CAPITAL ONE BANK USA,** | : | |
| **CAVALRY SPV,** | : | |
| **CBNA,** | : | |
| **CITIZENS BANK NA,** | : | FILED |
| **COMENITY BANK,** | : | 9/8/21 4:18 pm |
| **CREDIT FIRST,** | : | CLERK |
| **DISCOVER BANK,** | : | U.S. BANKRUPTCY |
| **DISCOVER FINANCIAL,** | : | COURT - WDPA |
| **FIRST COMMONWEALTH** | : | |
| **BANK,** | : | |
| **JPMCB HOME,** | : | |
| **LAKEVIEW LOAN SERV.,** | : | |
| **LAW OFFICE OF STEPHEN** | : | |
| **ELGGREN,** | : | |
| **MCKENZIE BANKING CO.,** | : | |
| **NW BANK,** | : | |
| **ON DECK CAPITAL,** | : | |
| **RD/BPM/ONNIX,** | : | |
| **SANTANDER CONSUMER,** | : | |
| **SWIFT FINANCIAL,** | : | |
| **SYNCB,** | : | |
| **TBOM,** | : | |
| **THD,** | : | |
| **TOYOTA MOTOR CREDIT,** | : | |
| **UPMC,** | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |

|  |  |
|---|---|
| **ADDITIONAL** | **:** |
| **RESPONDENT** | **:** |

## ORDER

    **AND NOW**, on this <u> 8th </u> day of <u> September </u>, <u>2021</u>, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70307-JAD |
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lawrence W. Willis | |

| District/off: 0315-7 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10