IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

       Debtors.

BANKRUPTCY NO. 21-70307-JAD

CHAPTER 13

SWIFT FINANCIAL, LLC, as servicing agent for WebBank,

       Movant,

vs.

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

       Respondents.

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served the Objections to Debtors' Chapter 13 Plan Dated July 29, 2021 on the parties at the addresses specified below or on the attached list on the 21st day of September, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **Email or First-Class Mail as listed below**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

VIA EMAIL:

**Lawrence W. Willis, Esquire**
Willis & Associates

201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
Email: ecf@westernpabankruptcy.com

VIA FIRST CLASS MAIL:

**Brian A Lauritsen**
130 E 21st Ave
Altoona, PA 16601

**Bobbie M Lauritsen**
130 E 21st Ave
Altoona, PA 16601

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

THOMAS E. REILLY, P.C.

EXECUTED ON:  09/21/2021    By:    /s/ Thomas E. Reilly
Thomas E. Reilly, Esquire
1468 Laurel Drive
Sewickley, PA 15143
724-933-3500
Pa. I.D. No. 25832