IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>BRIAN A. LAURITSEN AND<br>BOBBIE M. LAURITSEN,<br><br>Debtors. | BANKRUPTCY NO. 21-70307-JAD<br><br><br>CHAPTER 13 |
| SWIFT FINANCIAL, LLC, as servicing agent for WebBank,<br><br>Movant,<br><br>vs.<br><br>BRIAN A. LAURITSEN AND<br>BOBBIE M. LAURITSEN,<br><br>Respondents. | HEARING DATE: NOVEMBER 10, 2021 AT 10:00 A.M.<br><br>RESPONSE DATE:  OCTOBER 22, 2021<br><br>Related to Doc. No.:  33, 34 |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Notice of Hearing and Response Deadline on Motion to Dismiss Debtors' Chapter 13 Proceedings Pursuant to 11 U.S.C. §1307(c) and the Motion to Dismiss Debtors' Chapter 13 Proceedings Pursuant to 11 U.S.C. §1307(c) on the parties at the addresses specified below or on the attached list on the 5th day of October, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **Email or First-Class Mail as listed below**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

VIA EMAIL:

**Lawrence W. Willis, Esquire**
Willis & Associates
201 Penn Center Blvd

Suite 310
Pittsburgh, PA 15235
Email: ecf@westernpabankruptcy.com

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov


VIA FIRST CLASS MAIL:

**Brian A Lauritsen**
130 E 21st Ave
Altoona, PA 16601

**Bobbie M Lauritsen**
130 E 21st Ave
Altoona, PA 16601


                                                     THOMAS E. REILLY, P.C.

EXECUTED ON:  10/05/2021       By:      /s/ Thomas E. Reilly
                                                   Thomas E. Reilly, Esquire
                                                   1468 Laurel Drive
                                                 Sewickley, PA 15143
                                                 724-933-3500
                                                 Pa. I.D. No. 25832