WWR# 040656656

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 21-70307-JAD |
| | ) | |
| BRIAN A LAURITSEN, | ) | CHAPTER NO. 13 |
| BOBBIE M LAURITSEN, | ) | |
|              Debtors, | ) | Related to Document No.: 2, 21 |
| | ) | |
| | ) | Hearing Date & Time: 9/24/2021 at 10:00 am |
| FORD MOTOR CREDIT COMPANY, LLC, | ) | |
| | ) | Doc. # 37 |
|              Movant, | ) | |
| | ) | FILED 10/12/21 10:59 am |
| BRIAN A LAURITSEN, Debtor, BOBBIE M LAURITSEN, Debtor, RONDA J. WINNECOUR, Trustee,     Respondents. | ) ) ) | CLERK U.S. BANKRUPTCY COURT - WDPA |

## ORDER OF THE COURT

Now this __12th__ day of __October__, 2021, upon the agreement of counsel for Movant and Debtors and upon statements of counsel, the evidence and law:

This Court FINDS that Ford Motor Credit Company, LLC, Creditor herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors secured by a 2019 Ford F350, VIN: 1FT8X3B60KEF00005. The Debtors intend on surrendering the vehicle to Creditor.

It is THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company, LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

It is FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay imposed in Fed. Bankr. Rule 4001(a)(3) is waived.

_____ jsf
Honorable Jeffery A. Deller
United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Garry Masterson | /s/ Lawrence W. Willis | /s/ Owen Katz |
| Attorney for Movant | Attorney For Debtor | For Trustee Ronda J. Winnecour |
| Garry Masterson | Lawrence W. Willis | 600 Grant Street Ste 3250 |
| 965 Keynote Circle | 201 Penn Center Blvd Ste 310 | Pittsburgh, PA 15219 |
| Brooklyn Heights, OH 44131 | Pittsburgh, PA 15235 | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70307-JAD |
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 2 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor JPMORGAN Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lawrence W. Willis
        on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
        on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
        on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com

TOTAL: 12