IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>BRIAN A. LAURITSEN and,<br>BOBBIE M. LAURITSEN,<br>    Debtors,<br><br>HARLEY-DAVIDSON CREDIT CORP,<br><br>    Movant,<br><br>            v.<br><br>BRIAN A. LAURITSEN,<br>BOBBIE M. LAURITSEN, and<br>RONDA J. WINNECOUR, Trustee,<br><br>    Respondents. | Bankruptcy No. 21-70307-JAD<br><br>Chapter 13<br><br>Doc. No. |

## CERTIFICATE OF NO OBJECTION OR RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 51)

The undersigned hereby certifies that, as of December 20, 2021, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 51, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than December 20, 2021.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated:  December 21, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Counsel for Harley-Davidson Credit Corp.