FILED
1/6/22 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No. 21-70307-JAD |
| Brian A. Lauritsen and Bobbie M. Lauritsen | | |
| Debtors | : | Adversary No. |
| | : | |
| | : | Related to Docket No. 58 |
| | : | |
| | : | Expedited Request |
| | : | |

# NOTICE OF TRANSCRIPT ORDER
# WITH COMPLETION DATE

Ronda J. Winnecour, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    January 5, 2022

The transcript is being prepared by J&J Court Transcribers, Inc.  The estimated completion for this transcript is January 13, 2022.

                                                                Michael R. Rhodes, Clerk
                                                               United States Bankruptcy Court

Date: 1/6/2022                                       By:      /s/ Hayley Smith
                                                                 ECRO

#61-M