Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: Brian A Lauritsen
 Bobbie M Lauritsen
CHAPTER: 13
CASE NUMBER: 21-70307

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 4327 in the amount of $40,000.00.
3. Docketed by the court on 08/10/2021. Claim number 8.

You are notified that such proof of claim is hereby withdrawn.

DATED: 01/06/2022

Bank of America, N.A.

/s/ Beverly M. Browning, Assistant Vice President