FILED
1/13/22 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

Brian A. Lauritsen and
Bobbie M. Lauritsen,                          Bankruptcy No. 21-70307-JAD
    *Debtors*

Related to Doc. No.: 62

## NOTICE OF FILING OF TRANSCRIPT

Notice is hereby given that on this **13th Day of January 2022**, a transcript of a hearing held on **January 5, 2022** in the above-captioned case was filed at Document No. 62.

Pursuant to *W.PA.LBR 9037-1*, parties have seven (7) days to file with the Court a *Notice of Intent to Request Redaction,* available on the Forms page of the Court website: http://www.pawb.uscourts.gov/.

If no such *Notice* is filed, the transcript may be made electronically available to the public without redaction on the ninety-first (91st) day after the original transcript was filed.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter/Transcriber or view the document at the Clerk's Office public terminal.

The Court Reporter/Transcriber of the above-referenced proceeding is ***J&J Court Transcribers, Inc.***, whose business telephone number is ***(609)586-2311*** and address is ***268 Evergreen Avenue, Hamilton, New Jersey 08619***.

Michael Rhodes
Clerk, United States Bankruptcy Court

Dated:  January 13, 2022

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70307-JAD |
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: aolo | Page 1 of 2 |
| Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | J&J Transcribers, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lawrence W. Willis | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |

District/off: 0315-7 | User: aolo | Page 2 of 2
Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 0

Lawrence W. Willis
    on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
    on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com

TOTAL: 12