**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

BRIAN A LAURITSEN and
BOBBIE M LAURITSEN ,
    Debtor(s)

BRIAN A LAURITSEN and
BOBBIE M LAURITSEN
    Movant(s),
    - vs. -

SWIFT FINANCIAL
and Ronda J. Winnecour, Trustee,
    Respondents.

Case No 21-70307 JAD

Chapter 13

Related to Docs. #66, 67 and 69

## ORDER

**AND NOW** on this 26th day of January, 2022, upon consideration of the Debtors' Motion to Withdraw Amended Plan, and for good cause shown, it is hereby ORDERED and DIRECTED that the Amended Plans filed at Document Numbers 66 and 67 are WITHDRAWN.  The Hearings Scheduled for 2/24/2022 and 4/21/2022 are CANCELLED.

BY THE COURT:

_____ sjk
Jeffery A. Deller
United States Bankruptcy
Judge

FILED
1/26/22 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 21-70307-JAD

Brian A Lauritsen                                                                    Chapter 13

Bobbie M Lauritsen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                    User: auto                                        Page 1 of 2

Date Rcvd: Jan 26, 2022                          Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**           **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

**Recip ID**                  **Recipient Name and Address**
db/jdb               +  Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

**Name**                    **Email Address**

Brian Nicholas

           on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Garry Alan Masterson

           on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com

Gary W. Darr

           on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Keri P. Ebeck

           on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Keri P. Ebeck

           on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen D. Little

District/off: 0315-7                         User: auto                                    Page 2 of 2
Date Rcvd: Jan 26, 2022                      Form ID: pdf900                               Total Noticed: 1

        on behalf of Creditor JPMORGAN Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lawrence W. Willis

        on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis

        on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

S. James Wallace

        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas E. Reilly

        on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com


TOTAL: 12