## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

BRIAN A LAURITSEN and
BOBBIE M LAURITSEN ,
    Debtor(s)

BRIAN A LAURITSEN and
BOBBIE M LAURITSEN
    Movant(s),
    - vs. -

SWIFT FINANCIAL
and Ronda J. Winnecour, Trustee,
    Respondents.

Case No 21-70307 JAD

Chapter 13

Related To Doc. # 68

FILED
1/27/22 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER CORRECTING HEARING DATE

**AND NOW** on this   27th   day of   January  , 2022,

It is hereby ordered that the Conciliation Conference on the Debtor's Amended Plan Dated January 19, 2022, filed at ECF # 68, is rescheduled from April 22, 2022 to April 21, 2022 at 1:00 PM at CH 13 341 Zoom Location.

BY THE COURT:

Jeffery A. Deller
United States Bankruptcy Judge

jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian A Lauritsen  
Bobbie M Lauritsen  
    Debtors

Case No. 21-70307-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4  
Date Rcvd: Jan 27, 2022     Form ID: pdf900     Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15399216 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399219 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15399218 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15401665 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15400317 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15399239 | ++ | FOUNDATION BANK A DIVISION OF MCKENZIE BANKING CO, ATTN MELISSA TAYLOR, 676 N MAIN ST, PO BOX 220, MCKENZIE TN 38201-0220 address filed with court:, McKenzie Banking Company, P.O. Box 220, Mc Kenzie, TN 38201 |
| 15399234 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15403510 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15399238 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15419174 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399240 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15399241 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15400916 | | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant St., 14th Floor, Pittsburgh, PA 15219 |
| 15399242 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15405803 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15399256 | + | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:37:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 27 2022 23:38:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15399215 | + | Email/Text: backoffice@affirm.com | Jan 27 2022 23:39:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15399217 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 27 2022 23:38:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15404364 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2022 23:36:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15403007 | + | Email/Text: bknotices@bankofthewest.com | Jan 27 2022 23:38:41 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |
| 15402069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2022 23:38:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15399225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2022 23:38:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, |

Case 21-70307-JAD   Doc 73   Filed 01/29/22   Entered 01/30/22 00:27:52   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 62 |

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 15399220 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:03 | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 [RI 02886] |
| 15399221 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:37:11 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15399222 | + | Email/Text: bankruptcy@cavps.com | Jan 27 2022 23:38:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399223 | + | Email/Text: bankruptcy@cavps.com | Jan 27 2022 23:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399224 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:31 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15399227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15399228 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15399229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15399230 | + | Email/Text: BKPT@cfna.com | Jan 27 2022 23:38:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15399231 | | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:38:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15399232 | + | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:38:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15440311 | | Email/Text: EBNBKNOT@ford.com | Jan 27 2022 23:38:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15399233 | + | Email/Text: psnyder@fcbanking.com | Jan 27 2022 23:38:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15403510 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 27 2022 23:38:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15409178 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:36:10 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 15399235 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:37:10 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15399236 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:37:10 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15404647 | | Email/Text: camanagement@mtb.com | Jan 27 2022 23:38:00 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15407392 | + | Email/Text: lcarson@hatlawfirm.com | Jan 27 2022 23:39:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15399244 | | Email/Text: Bankruptcy@swiftcapital.com | Jan 27 2022 23:38:00 | SWIFT FINANCIAL, LLC, 3505 Silverside Rd, Wilmington, DE 19810 |
| 15419359 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402007 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15409124 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15399243 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 27 2022 23:38:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15399245 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:11 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399246 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:10 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399248 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:57 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15399249 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:10 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399250 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:19 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399251 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:10 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399252 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:11 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15419469 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15399401 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15399253 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 27 2022 23:38:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15399254 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:31 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399255 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 27 2022 23:38:00 | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15405803 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 27 2022 23:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | Harley-Davidson Credit Corp. |
| cr | | JPMORGAN Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| cr | | Toyota Motor Credit Corporation |
| 15403106 | | Ford Motor Credit Company, LLC |
| 15399237 | | Lakeview Loan Servicing, LLC, PO Box 840, NY 14200 |
| 15399247 | | Syncb/home Dsn Outdr L |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15404365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15399994 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 9 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 62 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lawrence W. Willis | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas E. Reilly | on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com |

TOTAL: 12