IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian A. Lauritsen and Bobbie M. Lauritsen<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>21-70307-JAD |
| JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v.<br><br>Brian A. Lauritsen and Bobbie M. Lauritsen<br>　　　Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## **MOTION TO WITHDRAW**

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, JPMorgan Chase Bank, National Association's Objection to Confirmation of Chapter 13 Plan filed with the Court on August 26, 2021, [*ECF*. No. 25].


/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian A. Lauritsen and Bobbie M. Lauritsen<br>      Debtors, | BANKRUPTCY CASE NUMBER<br>21-70307-JAD |
| JPMorgan Chase Bank, National Association<br>      Movant.<br>v.<br><br>Brian A. Lauritsen and Bobbie M. Lauritsen<br>      Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>      Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, ____Lily C. Calkins_____, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this _22nd_ day of _____April_____, 2022:

Brian A. Lauritsen
840 24th Street
Altoona, PA 16601

Bobbie M. Lauritsen
840 24th Street
Altoona, PA 16601

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Boulevard
Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com