FILED
7/5/22 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian A. Lauritsen and<br>Bobbie M. Lauritsen<br><br>Debtor(s). | )<br>) Case No. 21-70307-JAD<br>)<br>) **Chapter 13**<br>) Doc. # 92<br>X |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☐ **Confirming Plan on Final Basis**    ☐ **Chapter 13 Plan dated:**

☒ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**    ☒ **Amended Chapter 13 dated: 1-19-22**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $6011 effective 12/2021.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

   ☒    A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $5,899, beginning 7/22. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☐     B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☒     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒     G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
*Bank of the West CL#12
*Citizens Bank CL#11 as a pay in full with payment determined by trustee

☐     H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

-2-

☐    I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☐    J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

_____

☒    K.  Additional Terms and Conditions:
*Toyota Motor Credit CL#18 governs as to amount at 6.25% with payment determined by Trustee to pay in full.

**2. Deadlines.** The following deadlines are hereby established and apply to this case:

    **A.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    **C.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

    **D.**    **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a

revised wage attachment to provide for the increased funding.

    3.    **Additional Provisions.**  The following additional provisions apply in this case:

    A.    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

    B.    The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

    C.    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

    D.    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

    E.    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

    F.    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed **secured claim** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

    G.    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

    H.    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: 7/5/2022

                                                            United States Bankruptcy Judge
                                                            Jeffery A. Deller

cc:  All Parties in Interest to be served by Clerk

-5-

Case 21-70307-JAD    Doc 94    Filed 07/07/22    Entered 07/08/22 00:27:48    Desc Imaged
Certificate of Notice    Page 5 of 9

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70307-JAD |
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15399216 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399219 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15399239 | ++ | FOUNDATION BANK A DIVISION OF MCKENZIE BANKING CO, ATTN MELISSA TAYLOR, 676 N MAIN ST, PO BOX 220, MCKENZIE TN 38201-0220 address filed with court:, McKenzie Banking Company, P.O. Box 220, Mc Kenzie, TN 38201 |
| 15399234 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15399238 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15419174 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399240 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15399241 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15400916 | | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant St., 14th Floor, Pittsburgh, PA 15219 |
| 15399242 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 06 2022 03:42:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 06 2022 03:42:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15399215 | + | Email/Text: backoffice@affirm.com | Jul 06 2022 03:42:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15399217 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 06 2022 03:42:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15404364 | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2022 03:42:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15403007 | + | Email/Text: bknotices@bankofthewest.com | Jul 06 2022 03:42:12 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |
| 15399218 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 06 2022 03:42:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15400317 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 06 2022 03:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15401665 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 06 2022 03:42:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15402069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 06 2022 03:42:00 | Citizens Bank N.A., One Citizens Bank Way |

Case 21-70307-JAD   Doc 94   Filed 07/07/22   Entered 07/08/22 00:27:48   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 05, 2022 | Form ID: pdf900 | Total Noticed: 62 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | JCA115, Johnston, RI 02919 |
| 15399225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 06 2022 03:42:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15399220 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2022 03:42:37 | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15399221 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2022 03:42:42 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15399222 | + | Email/Text: bankruptcy@cavps.com | Jul 06 2022 03:42:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399223 | + | Email/Text: bankruptcy@cavps.com | Jul 06 2022 03:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399224 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2022 03:42:40 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2022 03:42:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15399227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2022 03:42:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15399228 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2022 03:42:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15399229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2022 03:42:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15399230 | + | Email/Text: BKPT@cfna.com | Jul 06 2022 03:42:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15399231 | | Email/Text: mrdiscen@discover.com | Jul 06 2022 03:42:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15399232 | + | Email/Text: mrdiscen@discover.com | Jul 06 2022 03:42:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15440311 | | Email/Text: EBNBKNOT@ford.com | Jul 06 2022 03:42:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15399233 | + | Email/Text: psnyder@fcbanking.com | Jul 06 2022 03:42:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15403510 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 06 2022 03:42:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15409178 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2022 03:42:38 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 15399235 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2022 03:42:35 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15399236 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2022 03:42:35 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15404647 | ^ | MEBN | Jul 06 2022 03:37:35 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15407392 | + | Email/Text: lcarson@hatlawfirm.com | Jul 06 2022 03:42:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15399244 | | Email/Text: Bankruptcy@swiftcapital.com | Jul 06 2022 03:42:00 | SWIFT FINANCIAL, LLC, 3505 Silverside Rd, Wilmington, DE 19810 |
| 15419359 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2022 03:42:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402007 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2022 03:42:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15409124 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2022 03:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 21-70307-JAD  Doc 94  Filed 07/07/22  Entered 07/08/22 00:27:48  Desc Imaged
Certificate of Notice  Page 8 of 9

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 05, 2022 | Form ID: pdf900 | Total Noticed: 62 |

| 15399243 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2022 03:42:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
|---|---|---|---|
| 15399245 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:38 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399246 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:35 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399248 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:35 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15399249 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:38 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399250 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:38 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399251 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:42 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399252 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:39 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15419469 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15399401 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 03:42:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15399253 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 06 2022 03:42:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15399254 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2022 03:42:37 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399255 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 06 2022 03:42:00 | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15405803 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 06 2022 03:42:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15399256 | ^ MEBN | Jul 06 2022 03:37:53 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | Harley-Davidson Credit Corp. |
| cr | | JPMORGAN Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| cr | | Toyota Motor Credit Corporation |
| 15403106 | | Ford Motor Credit Company, LLC |
| 15399237 | | Lakeview Loan Servicing, LLC, PO Box 840, NY 14200 |
| 15399247 | | Syncb/home Dsn Outdr L |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15404365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15399994 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 9 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN Chase Bank National Association kdlittleecf@gmail.com |
| Lawrence W. Willis | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lily Christina Calkins | on behalf of Creditor JPMORGAN Chase Bank National Association logsecf@logs.com, lcalkins@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas E. Reilly | on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank ecf@tomreillylaw.com |

TOTAL: 13