**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Brian A. Lauritsen and<br>Bobbie M. Lauritsen,<br>        Movants<br>_____<br>Lawrence Willis, Esquire /<br>Willis & Associates,<br>        Applicant<br><br>vs.<br><br>Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee,<br>        Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 13<br><br>Bankruptcy No. 21-70307-JAD<br><br><br>Docket No. 98<br><br>Hearing Date and Time:<br>October 28, 2022 at 11:00 AM |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION
## FILED AT DOCKET NO. 98

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on October 4, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 21, 2022.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 22, 2022

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors