**Form 132**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 110 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | mgut |

In re:  Bankruptcy Case No.: 21−70307−JAD

Chapter: 7

**Brian A Lauritsen**
**dba Lauritsen Transport LLC, dba Lauritsen Transport**     Bobbie M Lauritsen
   Debtor(s)

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
### AND DETERMINATION OF TRUSTEE BOND

  Lisa M. Swope, Chapter 7 Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 11/9/22

**Andrew R. Vara**
United States Trustee

**Marta E. Villacorta**
Assistant United States Trustee
Western District of Pennsylvania

---

I Lisa M. Swope, Chapter 7 Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

Lisa M. Swope, Chapter 7 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-70307-JAD

Brian A Lauritsen  Chapter 7

Bobbie M Lauritsen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: auto  Page 1 of 2
Date Rcvd: Nov 09, 2022  Form ID: 132  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | ++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: ecfnsslawfirm@gmail.com | Nov 09 2022 23:47:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Christopher A. DeNardo
    on behalf of Creditor JPMORGAN Chase Bank  National Association logsecf@logs.com

Garry Alan Masterson

Case 21-70307-JAD    Doc 112    Filed 11/11/22    Entered 11/12/22 00:28:31    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2022 | Form ID: 132 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Gary W. Darr | |
| | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kristen D. Little | |
| | on behalf of Creditor JPMORGAN Chase Bank National Association kdlittleecf@gmail.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | |
| | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lisa M. Swope, Chapter 7 Trustee | |
| | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas E. Reilly | |
| | on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank ecf@tomreillylaw.com |

TOTAL: 14