**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brian A Lauritsen** | Social Security number or ITIN: | xxx–xx–9465 |
| | First Name   Middle Name   Last Name | EIN: | __–_____ |
| Debtor 2 | **Bobbie M Lauritsen** | Social Security number or ITIN: | xxx–xx–4502 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: | __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13    7/30/21 |
| Case number: | 21–70307–JAD | Date case converted to chapter: | 7    11/9/22 |

## Official Form 309B (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Brian A Lauritsen | | Bobbie M Lauritsen |
| 2. | All other names used in the last 8 years | dba Lauritsen Transport LLC, dba Lauritsen Transport | | |
| 3. | Address | 130 E 21st Ave Altoona, PA 16601 | | 130 E 21st Ave Altoona, PA 16601 |
| 4. | Debtor's attorney Name and address | Lawrence W. Willis Willis & Associates 201 Penn Center Blvd Suite 310 Pittsburgh, PA 15235 | | Contact phone 412–235–1721 Email: ecf@westernpabankruptcy.com |
| 5. | Bankruptcy trustee Name and address | Lisa M. Swope, Chapter 7 Trustee Neugebauer & Swope, P.C. 219 South Center Street P. O. Box 270 Ebensburg, PA 15931 | | Contact phone 814–472–7151 Email: lms@nsslawfirm.com |

For more information, see page 2 >

Debtor **Brian A Lauritsen** and **Bobbie M Lauritsen**                    Case number **21-70307-JAD**

| 6. Bankruptcy clerk's office | U.S. Bankruptcy Court | Hours open: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 11/9/22 |

| 7. Meeting of creditors | | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 12, 2022 at 08:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |

| 8. | Presumption of abuse | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | File by the deadline to object to discharge or to challenge whether certain debts are dischargeable: | Filing deadline: 2/10/23 |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 1/18/23 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: _____ |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 21-70307-JAD

Brian A Lauritsen                                                                                 Chapter 7

Bobbie M Lauritsen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: auto                                          Page 1 of 5

Date Rcvd: Nov 09, 2022                      Form ID: 309B                                Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Christopher A. DeNardo, LOGS LEGAL GROUP LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| aty | + | Gary W. Darr, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | Kristen D. Little, First American Law Group, 1235 Westlakes Drive, Suite 400, Berwyn, PA 19312-2416 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | + | Thomas E. Reilly, THOMAS E. REILLY, PC, 1468 Laurel Drive, Sewickley, PA 15143-8599 |
| tr | ++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15399216 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399219 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15399234 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15399238 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399239 | + | McKenzie Banking Company, P.O. Box 220, Mc Kenzie, TN 38201-0220 |
| 15419174 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399240 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15399241 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15400916 | | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant St., 14th Floor, Pittsburgh, PA 15219 |
| 15399242 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: BKRMailOps@weltman.com | Nov 09 2022 23:47:00 | Garry Alan Masterson, c/o Weltman, Weinberg & Reis, 965 Keynote Circle, Brooklyn Hts., OH 44131-1829 |
| aty | | Email/Text: ecf@westernpabankruptcy.com | Nov 09 2022 23:47:00 | Lawrence W. Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| tr | | EDI: BLMSWOPE | Nov 10 2022 04:48:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| smg | | EDI: PENNDEPTREV | Nov 10 2022 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0315-7 | User: auto | Page 2 of 5
Date Rcvd: Nov 09, 2022 | Form ID: 309B | Total Noticed: 77

| | | | | |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 10 2022 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 23:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 09 2022 23:47:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: PRA.COM | Nov 10 2022 04:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 10 2022 04:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 09 2022 23:47:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15399215 | + | Email/Text: backoffice@affirm.com | Nov 09 2022 23:47:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15399217 | + | EDI: GMACFS.COM | Nov 10 2022 04:48:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15404364 | | Email/PDF: bncnotices@becket-lee.com | Nov 09 2022 23:46:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15403007 | + | Email/Text: bknotices@bankofthewest.com | Nov 09 2022 23:47:35 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |
| 15399218 | + | EDI: BANKAMER.COM | Nov 10 2022 04:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15400317 | + | EDI: BANKAMER2.COM | Nov 10 2022 04:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15401665 | | EDI: BANKAMER.COM | Nov 10 2022 04:48:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15402069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 09 2022 23:47:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15399225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 09 2022 23:47:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15399220 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 23:46:52 | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15399221 | + | EDI: CAPITALONE.COM | Nov 10 2022 04:48:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15399222 | + | Email/Text: bankruptcy@cavps.com | Nov 09 2022 23:47:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399223 | + | Email/Text: bankruptcy@cavps.com | Nov 09 2022 23:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399224 | + | EDI: CITICORP.COM | Nov 10 2022 04:48:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399226 | + | EDI: WFNNB.COM | Nov 10 2022 04:48:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15399227 | + | EDI: WFNNB.COM | Nov 10 2022 04:48:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15399228 | + | EDI: WFNNB.COM | Nov 10 2022 04:48:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15399229 | + | EDI: WFNNB.COM | Nov 10 2022 04:48:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, |

District/off: 0315-7                    User: auto                                    Page 3 of 5
Date Rcvd: Nov 09, 2022                 Form ID: 309B                                 Total Noticed: 77

| | | | |
|---|---|---|---|
| | | | OH 43218-2120 |
| 15399230 | + EDI: CRFRSTNA.COM | Nov 10 2022 04:48:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15399231 | EDI: DISCOVER.COM | Nov 10 2022 04:48:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15399232 | + EDI: DISCOVER.COM | Nov 10 2022 04:48:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15440311 | Email/Text: EBNBKNOT@ford.com | Nov 09 2022 23:47:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15399233 | + Email/Text: SAABankruptcy@fcbanking.com | Nov 09 2022 23:47:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15403510 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Nov 09 2022 23:47:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15409178 | EDI: JPMORGANCHASE | Nov 10 2022 04:48:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 15399235 | EDI: JPMORGANCHASE | Nov 10 2022 04:48:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15399236 | EDI: JPMORGANCHASE | Nov 10 2022 04:48:00 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15404647 | ^ MEBN | Nov 09 2022 23:41:40 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15407392 | + Email/Text: lcarson@hatlawfirm.com | Nov 09 2022 23:47:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15399244 | Email/Text: Bankruptcy@swiftcapital.com | Nov 09 2022 23:47:00 | SWIFT FINANCIAL, LLC, 3505 Silverside Rd, Wilmington, DE 19810 |
| 15508934 | EDI: PRA.COM | Nov 10 2022 04:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15419359 | EDI: PRA.COM | Nov 10 2022 04:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402007 | EDI: Q3G.COM | Nov 10 2022 04:48:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15409124 | EDI: Q3G.COM | Nov 10 2022 04:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15399243 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 09 2022 23:47:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15399245 | + EDI: RMSC.COM | Nov 10 2022 04:48:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399246 | + EDI: RMSC.COM | Nov 10 2022 04:48:00 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399248 | + EDI: RMSC.COM | Nov 10 2022 04:48:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15399249 | + EDI: RMSC.COM | Nov 10 2022 04:48:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399250 | + EDI: RMSC.COM | Nov 10 2022 04:48:00 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399251 | + EDI: RMSC.COM | Nov 10 2022 04:48:00 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399252 | + EDI: RMSC.COM | Nov 10 2022 04:48:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15419469 | + EDI: RMSC.COM | Nov 10 2022 04:48:00 | Synchrony Bank, c/o PRA Receivables |

District/off: 0315-7 | User: auto | Page 4 of 5
Date Rcvd: Nov 09, 2022 | Form ID: 309B | Total Noticed: 77

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15399401 | + | EDI: RMSC.COM | Nov 10 2022 04:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15399253 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 09 2022 23:47:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15399254 | + | EDI: CITICORP.COM | Nov 10 2022 04:48:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399255 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 09 2022 23:47:00 | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15405803 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 09 2022 23:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15399256 | ^ | MEBN | Nov 09 2022 23:41:57 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | Harley-Davidson Credit Corp. |
| cr | | JPMORGAN Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| cr | | Toyota Motor Credit Corporation |
| 15403106 | | Ford Motor Credit Company, LLC |
| 15399237 | | Lakeview Loan Servicing, LLC, PO Box 840, NY 14200 |
| 15399247 | | Syncb/home Dsn Outdr L |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15404365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15399994 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 9 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Christopher A. DeNardo
              on behalf of Creditor JPMORGAN Chase Bank  National Association logsecf@logs.com

Garry Alan Masterson
              on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com

Gary W. Darr
              on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Keri P. Ebeck
              on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Keri P. Ebeck
              on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen D. Little
              on behalf of Creditor JPMORGAN Chase Bank  National Association kdlittleecf@gmail.com

Lawrence W. Willis
              on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
              on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lisa M. Swope, Chapter 7 Trustee
              lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
              cmecf@chapter13trusteewdpa.com

S. James Wallace
              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
              on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com


TOTAL: 14