IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Brian A. Lauritsen | : | Case No. 21-70307-JAD |
| Bobbie M. Lauritsen | : | |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Movant(s) | : | Related to Document 68 |
| | : | Hearing: 11/9/22 at 10:00 a.m. |
|     vs. | : | |
| | : | |
| Brian A. Lauritsen | : | |
| Bobbie M. Lauritsen | : | |
|     Respondent(s) | : | |

**ORDER OF COURT**

AND NOW, THIS __9th__ day of __November__, 20__22__, upon consideration of the CHAPTER 13 TRUSTEE'S OBJECTION TO JANUARY 19, 2022, PLAN, AND REQUEST THAT CASE BE CONVERTED TO CHAPTER 7, and responses thereto, is hereby ORDERED that confirmation is denied and the case is converted to Chapter 7.

_____ sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
11/9/22 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian A Lauritsen  
Bobbie M Lauritsen  
    Debtors

Case No. 21-70307-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4  
Date Rcvd: Nov 09, 2022      Form ID: pdf900      Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15399216 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399219 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15399234 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15399238 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399239 | + | McKenzie Banking Company, P.O. Box 220, Mc Kenzie, TN 38201-0220 |
| 15419174 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399240 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15399241 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15400916 | | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant St., 14th Floor, Pittsburgh, PA 15219 |
| 15399242 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 09 2022 23:46:51 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 09 2022 23:57:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 09 2022 23:47:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15399215 | + | Email/Text: backoffice@affirm.com | Nov 09 2022 23:47:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15399217 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 09 2022 23:47:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15404364 | | Email/PDF: bncnotices@becket-lee.com | Nov 09 2022 23:46:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15403007 | + | Email/Text: bknotices@bankofthewest.com | Nov 09 2022 23:47:29 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |
| 15399218 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 09 2022 23:47:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15400317 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 09 2022 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15401665 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 09 2022 23:47:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15402069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15399225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 09 2022 23:47:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| | | | Nov 09 2022 23:47:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15399220 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 23:46:34 | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15399221 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2022 23:46:50 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15399222 | + | Email/Text: bankruptcy@cavps.com | Nov 09 2022 23:47:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399223 | + | Email/Text: bankruptcy@cavps.com | Nov 09 2022 23:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399224 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2022 23:46:34 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 09 2022 23:47:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15399227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 09 2022 23:47:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15399228 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 09 2022 23:47:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15399229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 09 2022 23:47:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15399230 | + | Email/Text: BKPT@cfna.com | Nov 09 2022 23:47:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15399231 | | Email/Text: mrdiscen@discover.com | Nov 09 2022 23:47:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15399232 | + | Email/Text: mrdiscen@discover.com | Nov 09 2022 23:47:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15440311 | | Email/Text: EBNBKNOT@ford.com | Nov 09 2022 23:47:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15399233 | + | Email/Text: SAABankruptcy@fcbanking.com | Nov 09 2022 23:47:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15403510 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Nov 09 2022 23:47:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15409178 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 09 2022 23:46:49 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 15399235 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 09 2022 23:46:32 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15399236 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 09 2022 23:46:01 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15404647 | ^ | MEBN | Nov 09 2022 23:41:42 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15407392 | + | Email/Text: lcarson@hatlawfirm.com | Nov 09 2022 23:47:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15399244 | | Email/Text: Bankruptcy@swiftcapital.com | Nov 09 2022 23:47:00 | SWIFT FINANCIAL, LLC, 3505 Silverside Rd, Wilmington, DE 19810 |
| 15508934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 09 2022 23:46:51 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15419359 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 09 2022 23:46:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402007 | | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2022 23:47:00 | Quantum3 Group LLC as agent for, JHPDE SPV |

Case 21-70307-JAD  Doc 115  Filed 11/11/22  Entered 11/12/22 00:28:31  Desc
Imaged Certificate of Notice  Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2022 | Form ID: pdf900 | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15409124 | | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2022 23:47:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15399243 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 09 2022 23:47:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15399245 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:46:50 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399246 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:46:32 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399248 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:46:32 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15399249 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:46:52 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399250 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:46:51 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399251 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:46:34 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399252 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:57:28 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15419469 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:46:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15399401 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 23:57:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15399253 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 09 2022 23:47:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15399254 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2022 23:57:28 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399255 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 09 2022 23:47:00 | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15405803 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 09 2022 23:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15399256 | ^ | MEBN | Nov 09 2022 23:41:59 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | Harley-Davidson Credit Corp. |
| cr | | JPMORGAN Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| cr | | Toyota Motor Credit Corporation |
| 15403106 | | Ford Motor Credit Company, LLC |
| 15399237 | | Lakeview Loan Servicing, LLC, PO Box 840, NY 14200 |
| 15399247 | | Syncb/home Dsn Outdr L |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15404365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15399994 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 09, 2022 | Form ID: pdf900 | Total Noticed: 64 |

TOTAL: 9 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor JPMORGAN Chase Bank National Association logsecf@logs.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN Chase Bank National Association kdlittleecf@gmail.com |
| Lawrence W. Willis | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas E. Reilly | on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank ecf@tomreillylaw.com |

TOTAL: 14