**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| In re:<br>    BRIAN A LAURITSEN<br>    BOBBIE M LAURITSEN<br>        Debtor(s) | Case No. 21-70307JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2021.

2) The plan was confirmed on 11/19/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/09/2022.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $72,768.58.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $21,306.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $21,306.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,088.74 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $617.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,706.62

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFIRM | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RESOURCES | Unsecured | 92,852.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 2,090.64 | 2,090.64 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 19,710.87 | 19,710.87 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | NA | 5,530.61 | 5,530.61 | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | NA | 9,401.60 | 9,401.60 | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 0.00 | 15,243.98 | 15,243.98 | 0.00 | 0.00 |
| BANK OF THE WEST | Secured | 38,015.62 | 37,169.87 | 0.00 | 1,999.94 | 0.00 |
| BANK OF THE WEST | Secured | 0.00 | 2,044.14 | 2,044.14 | 0.00 | 0.00 |
| CACH LLC-ASSIGNEE | Unsecured | 0.00 | 5,624.00 | 5,624.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC - ASSIC | Unsecured | 1,411.15 | 1,411.15 | 1,411.15 | 0.00 | 0.00 |
| CAVALRY SPV I LLC* | Unsecured | 0.00 | 10,006.81 | 10,006.81 | 0.00 | 0.00 |
| CITIZENS BANK NA** | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS BANK NA** | Secured | 59,506.85 | 55,869.48 | 55,869.48 | 609.44 | 4,785.96 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 27,708.53 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 20,416.67 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 3,523.50 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 27,743.86 | 24,661.73 | 24,661.73 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 1,679.38 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 3,289.44 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 6,371.66 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 1,984.44 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST COMMONWEALTH BANK(*) | Unsecured | 3,349.12 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 493.90 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 5,110.51 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 1,987.33 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL( | Unsecured | 0.00 | 15,377.80 | 15,377.80 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL( | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP* | Secured | NA | 44,507.70 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 19,229.56 | 19,634.18 | 0.00 | 2,085.83 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 0.00 | 4,938.36 | 4,938.36 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 121,200.94 | 121,651.64 | 0.00 | 5,545.97 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 0.00 | 8,771.76 | 8,771.76 | 0.00 | 0.00 |
| LAW OFFICE OF STEPHEN ELGGREN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCKENZIE BANKING CO | Secured | 7,344.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| MCKENZIE BANKING CO | Unsecured | 0.00 | 6,805.24 | 6,805.24 | 0.00 | 0.00 |
| NORTHWEST BANK* | Unsecured | 0.00 | 2,498.20 | 2,498.20 | 0.00 | 0.00 |
| NORTHWEST BANK* | Unsecured | 0.00 | 1,277.44 | 1,277.44 | 0.00 | 0.00 |
| NORTHWEST BANK* | Secured | 6,028.24 | 5,491.23 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK* | Secured | 7,009.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| ON DECK CAPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 178.26 | 178.26 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 657.00 | 468.80 | 468.80 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,105.00 | 3,267.30 | 3,267.30 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,928.00 | 1,828.00 | 1,828.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 6,931.00 | 6,931.27 | 6,931.27 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,527.00 | 4,027.33 | 4,027.33 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 804.00 | 804.91 | 804.91 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 2,390.00 | 2,390.42 | 2,390.42 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT JH | Unsecured | NA | 68,346.10 | 68,346.10 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT M( | Unsecured | 235.00 | 399.50 | 399.50 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SWIFT FINANCIAL | Secured | 67,546.22 | 0.00 | 67,546.22 | 0.00 | 0.00 |
| SWIFT FINANCIAL LLC SVCNG AGNT | Unsecured | 0.00 | 74,138.19 | 74,138.19 | 1,179.39 | 0.00 |
| SWIFT FINANCIAL LLC SVCNG AGNT | Secured | 26,775.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE BANK OF MISSOURI D/B/A FORT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (TM( | Secured | 32,580.48 | 28,193.80 | 28,193.80 | 501.50 | 1,775.55 |
| UPMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $67,546.22 | $7,631.80 | $0.00 |
| Mortgage Arrearage | $13,710.12 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $86,107.42 | $3,110.88 | $6,561.51 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$167,363.76** | **$10,742.68** | **$6,561.51** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$282,420.15** | **$1,179.39** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,706.62 |
| Disbursements to Creditors | $18,483.58 |
| **TOTAL DISBURSEMENTS:** | **$21,190.20** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/17/2022    By: /s/ Ronda J. Winnecour
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**