**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| BRIAN A LAURITSEN<br>BOBBIE M LAURITSEN<br>Debtor(s) | Case No.:21-70307 JAD |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/30/2021 and confirmed on 11/19/2021. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,306.00 |
| Less Refunds to Debtor | 115.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,190.20 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,088.74 | |
|    Trustee Fee | 617.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,706.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   JPMORGAN CHASE BANK NA<br>    Acct: 5302 | 0.00 | 2,085.83 | 0.00 | 2,085.83 |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 9617 | 0.00 | 5,545.97 | 0.00 | 5,545.97 |
|   SWIFT FINANCIAL LLC SVCNG AGNT FOR<br>    Acct: 9465 | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 9617 | 8,771.76 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 5302 | 4,938.36 | 0.00 | 0.00 | 0.00 |
|   MCKENZIE BANKING CO<br>    Acct: 9465 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NORTHWEST BANK*<br>    Acct: 2092 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NORTHWEST BANK*<br>    Acct: 2225 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF THE WEST<br>    Acct: 2963 | 0.00 | 1,999.94 | 0.00 | 1,999.94 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | CITIZENS BANK NA** | 55,869.48 | 609.44 | 4,785.96 | 5,395.40 |
| | Acct: 0704 | | | | |
| | TOYOTA MOTOR CREDIT CORP (TMCC) | 28,193.80 | 501.50 | 1,775.55 | 2,277.05 |
| | Acct: 3909 | | | | |
| | BANK OF THE WEST | 2,044.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 2963 | | | | |
| | FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4345 | | | | |
| | HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5744 | | | | |
| | CITIZENS BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0704 | | | | |
| | SWIFT FINANCIAL | 67,546.22 | 0.00 | 0.00 | 0.00 |
| | Acct: X536 | | | | |
| | | | | | 17,304.19 |
| Priority | | | | | |
| | LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN A LAURITSEN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN A LAURITSEN | 115.80 | 115.80 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAWRENCE W WILLIS ESQ | 5,000.00 | 2,088.74 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAWRENCE W WILLIS ESQ | 14,215.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX4-22 | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: DAHG | | | | |
| | ALLEGHENY RESOURCES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2991 | | | | |
| | BANK OF AMERICA NA** | 15,243.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 6535 | | | | |
| | CACH LLC-ASSIGNEE | 5,624.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9429 | | | | |
| | CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7645 | | | | |
| | CAVALRY INVESTMENTS LLC - ASSIGNEE | 1,411.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 8149 | | | | |
| | CAVALRY SPV I LLC* | 10,006.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 3968 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 804.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 1227 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 399.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 2788 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2261 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1334 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9310 | | | | |
| | CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 5403 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1654 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4048 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9624 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5988 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 24,661.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 4969 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7660 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7678 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7694 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7702 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8353 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8536 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8544 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5691 | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0903 | | | | |
|   LAW OFFICE OF STEPHEN ELGGREN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ON DECK CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6461 | | | | |
|   SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,828.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1189 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0003 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,931.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 5638 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 4,027.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 0179 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 2,390.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 9514 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1269 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 468.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 5022 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5580 | | | | |
|   THE BANK OF MISSOURI D/B/A FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3967 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,267.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 5655 | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 178.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 5827 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 2,090.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 1003 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 19,710.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   BANK OF AMERICA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4327 | | | | |
|   BANK OF AMERICA NA** | 5,530.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 7653 | | | | |
|   BANK OF AMERICA NA** | 9,401.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 5399 | | | | |
|   MCKENZIE BANKING CO | 6,805.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 9465 | | | | |
|   QUANTUM3 GROUP LLC - AGENT JHPDE | 68,346.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 3567 | | | | |
|   SWIFT FINANCIAL LLC SVCNG AGNT FOR | 74,138.19 | 1,179.39 | 0.00 | 1,179.39 |
|     Acct: 9465 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 15,377.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 4345 | | | | |
|   NORTHWEST BANK* | 2,498.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 2225 | | | | |
|   NORTHWEST BANK* | 1,277.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 2092 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9514 | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W DARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELTMAN WEINBERG & REIS LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS E REILLY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,179.39 |

TOTAL PAID TO CREDITORS                                                                18,483.58

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 167,363.76 |
| UNSECURED | 282.420.15 |

Date: 11/29/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com