**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 21−70307−JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Brian A Lauritsen
dba Lauritsen Transport LLC, dba
Lauritsen Transport
130 E 21st Ave
Altoona, PA 16601

Bobbie M Lauritsen
130 E 21st Ave
Altoona, PA 16601

Social Security No.:
xxx−xx−9465

xxx−xx−4502

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
Telephone number:  412−235−1721

NAME/ADDRESS OF TRUSTEE
Lisa M. Swope, Chapter 7 Trustee
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931
Telephone number:  814−472−7151

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
January 23, 2023
08:30 AM
341 Meeting will be conducted by phone, please consult
the docket or, case trustee for call information.

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**

Dated: 12/13/22

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian A Lauritsen  
Bobbie M Lauritsen  
    Debtors

Case No. 21-70307-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 5  
Date Rcvd: Dec 13, 2022      Form ID: rsc      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15399216 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399219 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15399234 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15399238 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399239 | + | McKenzie Banking Company, P.O. Box 220, Mc Kenzie, TN 38201-0220 |
| 15419174 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399240 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15399241 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15400916 | | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant St., 14th Floor, Pittsburgh, PA 15219 |
| 15399242 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15550902 | + | Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh PA 15235-5407 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2022 23:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:01:49 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2022 00:01:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2022 23:48:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15399215 | + | Email/Text: backoffice@affirm.com | Dec 13 2022 23:49:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15399217 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2022 23:48:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15404364 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2022 00:02:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15403007 | + | Email/Text: bknotices@bankofthewest.com | Dec 13 2022 23:48:42 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |

Case 21-70307-JAD  Doc 121  Filed 12/15/22  Entered 12/16/22 00:25:13  Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-7 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: rsc | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15399218 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15400317 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15401665 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15402069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2022 23:48:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15399225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2022 23:48:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15399220 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:02:05 | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15399221 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 00:02:03 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15399222 | + | Email/Text: bankruptcy@cavps.com | Dec 13 2022 23:48:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399223 | + | Email/Text: bankruptcy@cavps.com | Dec 13 2022 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399224 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:01:53 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2022 23:48:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15399227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2022 23:48:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15399228 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2022 23:48:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15399229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2022 23:48:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15399230 | + | Email/Text: BKPT@cfna.com | Dec 13 2022 23:48:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15399231 | | Email/Text: mrdiscen@discover.com | Dec 13 2022 23:48:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15399232 | + | Email/Text: mrdiscen@discover.com | Dec 13 2022 23:48:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15440311 | | Email/Text: EBNBKNOT@ford.com | Dec 13 2022 23:49:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15399233 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2022 23:48:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15403510 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 13 2022 23:48:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15409178 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:02:03 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 15399235 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:01:42 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15399236 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:01:42 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15404647 | ^ | MEBN | Dec 13 2022 23:45:20 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15407392 | + | Email/Text: lcarson@hatlawfirm.com | Dec 13 2022 23:49:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15399244 | | Email/Text: Bankruptcy@swiftcapital.com | | |

| District/off: 0315-7 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: rsc | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 13 2022 23:48:00 | SWIFT FINANCIAL, LLC, 3505 Silverside Rd, Wilmington, DE 19810 |
| 15508934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:02:15 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15419359 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:01:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402007 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2022 23:48:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15409124 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15399243 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2022 23:48:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15399245 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:04 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399246 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:15 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399248 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:14 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15399249 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:15 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399250 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:14 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399251 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:14 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399252 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:01:48 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15419469 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15399401 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15399253 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 13 2022 23:48:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15399254 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:01:53 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399255 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 13 2022 23:48:00 | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15405803 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 13 2022 23:48:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15399256 | ^ | MEBN | Dec 13 2022 23:45:32 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | Harley-Davidson Credit Corp. |
| cr | | JPMORGAN Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |

| District/off: 0315-7 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: rsc | Total Noticed: 67 |

| | | |
|---|---|---|
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| cr | | Toyota Motor Credit Corporation |
| 15403106 | | Ford Motor Credit Company, LLC |
| 15399237 | | Lakeview Loan Servicing, LLC, PO Box 840, NY 14200 |
| 15399247 | | Syncb/home Dsn Outdr L |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15404365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15399994 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 9 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor JPMORGAN Chase Bank National Association logsecf@logs.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN Chase Bank National Association kdlittleecf@gmail.com |
| Lawrence W. Willis | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | |

District/off: 0315-7 | User: auto | Page 5 of 5
Date Rcvd: Dec 13, 2022 | Form ID: rsc | Total Noticed: 67

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
    on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com

TOTAL: 14