Certificate Number: 05781-PAW-DE-037166582

Bankruptcy Case Number: 21-70307



05781-PAW-DE-037166582

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2023, at 3:21 o'clock PM PST, Brian Lauritsen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    February 7, 2023

By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President