IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Debtors.

SWIFT FINANCIAL, LLC, as servicing agent for WebBank,

    Movant,

vs.

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Respondents.

BANKRUPTCY NO. 21-70307-JAD

CHAPTER 7

Related to Doc. No.:   150, 155

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Order Setting Date Certain for Response and Hearing and Motion and Motion to Enlarge the Time to Object to Discharge of Debtor, Brian A. Lauritsen, on the parties at the addresses specified below or on the attached list on the 14th day of February, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **Email or First-Class Mail as listed below**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Lawrence W. Willis**
Willis & Associates
201 Penn Center Blvd, Suite 310
Pittsburgh, PA 15235
Email: ecf@westernpabankruptcy.com

**Lisa M. Swope, Chapter 7 Trustee**
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931
Email: lms@nsslawfirm.com

**Jodi Hause**
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Email: jodi.hause@usdoj.gov

VIA FIRST CLASS MAIL:

**Brian A Lauritsen**
130 E 21st Ave
Altoona, PA 16601

**Bobbie M Lauritsen**
130 E 21st Ave
Altoona, PA 16601

                                          THOMAS E. REILLY, P.C.

EXECUTED ON:  02/14/2023       By:      /s/ Thomas E. Reilly
                                                  Thomas E. Reilly, Esquire
                                                  1468 Laurel Drive
                                                  Sewickley, PA 15143
                                                  724-933-3500
                                                  Pa. I.D. No. 25832

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Debtors.

SWIFT FINANCIAL, LLC, as servicing agent for WebBank,

    Movant,

    vs.

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Respondents.

BANKRUPTCY NO. 21-70307-JAD

CHAPTER 7

Related to Doc. No.: 150, 155

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Order Setting Date Certain for Response and Hearing and Motion and Motion to Enlarge the Time to Object to Discharge of Debtor, Brian A. Lauritsen, on the parties at the addresses specified below or on the attached list on the 14th day of February, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **Email or First-Class Mail as listed below**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Lawrence W. Willis**
Willis & Associates
201 Penn Center Blvd, Suite 310
Pittsburgh, PA 15235
Email: ecf@westernpabankruptcy.com

**Lisa M. Swope, Chapter 7 Trustee**
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931
Email: lms@nsslawfirm.com

**Jodi Hause**
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Email: jodi.hause@usdoj.gov

VIA FIRST CLASS MAIL:

**Brian A Lauritsen**
130 E 21st Ave
Altoona, PA 16601

**Bobbie M Lauritsen**
130 E 21st Ave
Altoona, PA 16601

                                THOMAS E. REILLY, P.C.

EXECUTED ON:  02/14/2023      By:      /s/ Thomas E. Reilly
                                              Thomas E. Reilly, Esquire
                                              1468 Laurel Drive
                                              Sewickley, PA 15143
                                              724-933-3500
                                              Pa. I.D. No. 25832