**DEFAULT O/E JAD**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian A. Lauritsen dba Lauritsen Transport LLC dba Lauritsen Transport<br>　　Bobbie M. Lauritsen<br>　　　　　　　　　　Debtor(s) | BK. NO. 21-70307 JAD |
| LAKEVIEW LOAN SERVICING, LLC,<br>its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　v.<br>Brian A. Lauritsen dba Lauritsen Transport LLC dba Lauritsen Transport<br>Bobbie M. Lauritsen<br>　　　　　　　　　　Respondent(s)<br>　　　　and<br>Lisa M. Swope, Trustee<br>　　　　　　　　　Additional Respondent | CHAPTER 7<br>Related to Docket # 122<br><br>FILED<br>2/15/23 3:44 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 15th day of February, 2023, at Pittsburgh, upon Motion of LAKEVIEW LOAN SERVICING, LLC, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 130 East 21st Avenue, Altoona, PA 16601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_/s/ Jeffery A. Deller_
United States Bankruptcy Judge
Jeffery A. Deller