**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| IN RE:<br>BRIAN A LAURITSEN *dba* LAURITSEN TRANSPORT LLC *dba* LAURITSEN TRANSPORT and BOBBIE M LAURITSEN,<br><br>Debtor.<br><br>BANK OF THE WEST, its assignees and/or successors in interest,<br><br>Movant<br><br>vs.<br><br>BRIAN A LAURITSEN and BOBBIE M LAURITSEN;<br>LISA M. SWOPE, Trustee,<br><br>Respondents. | Bankruptcy No. 21-70307-JAD<br><br>Related to Document No.: 130<br><br>Chapter 7<br><br>**HEARING DATE:**  March 3, 2023 |

**CERTIFICATE OF NO OBJECTION OR RESPONSE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed on January 25, 2023, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than February 21, 2023. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: February 22, 2023                    BERNSTEIN-BURKLEY, P.C.

/s/ Keri P. Ebeck
Keri P. Ebeck, Esquire
Retained Counsel for Movant
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112

1

Fax: 412-456-8120
B.603-1475