UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

FILED
2/23/23 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE

BRIAN A LAURITSEN *dba* LAURITSEN TRANSPORT LLC *dba* LAURITSEN TRANSPORT and BOBBIE M LAURITSEN,

Debtors.

BANK OF THE WEST, its assignees and/or successors in interest,

Movant

vs.

BRIAN A LAURITSEN and BOBBIE M LAURITSEN;
LISA M. SWOPE, Trustee,

Respondents.

Bankruptcy No. 21-70307-JAD Chapter 7

Related to Document No.: 130

**HEARING DATE:**

Tuesday, February 21, 2023 at 10:00am

## DEFAULT ORDER

This __23rd__ day of __February__, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certificate of Service and Certification of Default, it is

ORDERED that the above-captioned Motion is granted insofar as it requests relief of the Automatic Stay imposed by 11 U.S.C. §362.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a Certificate of Service.

_____
Hon. Jeffery A. Deller    jsf
United States Bankruptcy Judge

cc:    Attorney for Movant, Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219