# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

| | |
|---|---|
| IN RE:<br><br>BRIAN A LAURITSEN *dba* LAURITSEN TRANSPORT LLC *dba* LAURITSEN TRANSPORT and BOBBIE M LAURITSEN,<br><br>        Debtors. | Bankruptcy No. 21-70307-JAD<br><br>Related to Document No.: <u>130, 141</u><br><br>CHAPTER 7<br><br>**HEARING DATE**: March 3, 2023 |
| BANK OF THE WEST, its assignees and/or successors in interest,<br><br>        Movant<br>vs.<br><br>BRIAN A LAURITSEN and BOBBIE M LAURITSEN;<br>LISA M. SWOPE, Trustee,<br>        Respondent(s). | |

## CERTIFICATE OF SERVICE OF THE DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 24, 2023.

    The type of service made on the parties was first class mail or electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of the parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail".

**Service by NEF**
Lawrence W. Willis, Esq.
Willis & Associates
201 Penn Center Blvd, Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com

Lisa M. Swope
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931
lms@nsslawfirm.com
Chapter 7 Trustee

| | |
|---|---|
| U.S. Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov | **Service by First Class Mail**<br><br>Brian A Lauritsen<br>Bobbie M Lauritsen<br>130 E 21st Ave<br>Altoona, PA 16601<br>Debtors |
| Executed on: February 24, 2023 | BERNSTEIN-BURKLEY, P.C.<br><br>By: /s/ *Keri P. Ebeck*<br>Keri P. Ebeck<br>PA I.D. # 91298<br>kebeck@bernsteinlaw.com<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>412-456-8112<br>Fax: (412) 456-8120<br>B.603-1475 |