IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Debtors.

SWIFT FINANCIAL, LLC, as servicing
agent for WebBank,

    Movant,

vs.

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Respondents.

BANKRUPTCY NO. 21-70307-JAD

CHAPTER 7

Related to Doc. No.:   150, 155

## WITHDRAWAL OF MOTION TO ENLARGE THE TIME TO OBJECT TO DISCHARGE OF DEBTOR, BRIAN A. LAURITSEN

Kindly withdraw Swift Financial, LLC's Motion to Enlarge the Time to Object to Discharge of Debtor, Brian A. Lauritsen in the above-referenced bankruptcy.

    THOMAS E. REILLY, P.C.

BY:    /s/ Thomas E. Reilly
Thomas E. Reilly, Esquire
Pa. I.D. #25832
1468 Laurel Drive
Sewickley, PA 15143
tereilly@tomreillylaw.com
(724) 933-3500
(724) 933-3505 (fax)