```
┌─────────────────────────────────────────────────────────────────────────────┐
│ Information to identify the case:                                             │
│                                                                               │
│ Debtor 1      Brian A Lauritsen          Social Security number or ITIN  xxx–xx–9465 │
│               ─────────────────────      EIN  _ _–_ _ _ _ _ _ _              │
│               First Name  Middle Name  Last Name                             │
│                                                                               │
│ Debtor 2      Bobbie M Lauritsen         Social Security number or ITIN  xxx–xx–4502 │
│ (Spouse, if filing) ──────────────────   EIN  _ _–_ _ _ _ _ _ _             │
│               First Name  Middle Name  Last Name                             │
│                                                                               │
│ United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA            │
│                                                                               │
│ Case number:  21–70307–JAD                                                    │
└─────────────────────────────────────────────────────────────────────────────┘
```

## Order of Discharge                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian A Lauritsen                          Bobbie M Lauritsen
dba Lauritsen Transport LLC, dba Lauritsen
Transport

3/13/23                                    **By the court:** Jeffery A. Deller
                                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-70307-JAD

Brian A Lauritsen                                                                Chapter 7

Bobbie M Lauritsen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                 User: auto                                        Page 1 of 5

Date Rcvd: Mar 13, 2023                        Form ID: 318                                  Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian A Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| jdb | #+ | Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| tr | ++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15399216 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399219 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15399234 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15399238 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399239 | + | McKenzie Banking Company, P.O. Box 220, Mc Kenzie, TN 38201-0220 |
| 15419174 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399240 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15399241 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15400916 | | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant St., 14th Floor, Pittsburgh, PA 15219 |
| 15399242 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15550902 | + | Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh PA 15235-5407 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | EDI: BLMSWOPE | Mar 14 2023 03:32:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| smg | EDI: PENNDEPTREV | Mar 14 2023 03:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2023 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 14 2023 03:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2023 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr + | EDI: PRA.COM | | |

District/off: 0315-7                                  User: auto                                          Page 2 of 5

Date Rcvd: Mar 13, 2023                          Form ID: 318                              Total Noticed: 70

| | | | | |
|---|---|---|---|---|
| | | Mar 14 2023 03:32:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 | |
| cr | + EDI: RECOVERYCORP.COM | Mar 14 2023 03:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| cr | + Email/Text: ebnpeoples@grblaw.com | Mar 13 2023 23:34:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 | |
| 15399215 | + Email/Text: backoffice@affirm.com | Mar 13 2023 23:35:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 | |
| 15399217 | + EDI: GMACFS.COM | Mar 14 2023 03:32:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 | |
| 15404364 | Email/PDF: bncnotices@becket-lee.com | Mar 13 2023 23:40:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 | |
| 15403007 | + Email/Text: bknotices@bankofthewest.com | Mar 13 2023 23:35:59 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 | |
| 15399218 | + EDI: BANKAMER.COM | Mar 14 2023 03:32:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 | |
| 15400317 | + EDI: BANKAMER2.COM | Mar 14 2023 03:32:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 | |
| 15401665 | EDI: BANKAMER.COM | Mar 14 2023 03:32:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 | |
| 15402069 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 13 2023 23:34:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 | |
| 15399225 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 13 2023 23:34:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 | |
| 15399220 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2023 23:40:02 | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 | |
| 15399221 | + EDI: CAPITALONE.COM | Mar 14 2023 03:32:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 | |
| 15399222 | + Email/Text: bankruptcy@cavps.com | Mar 13 2023 23:35:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 | |
| 15399223 | + Email/Text: bankruptcy@cavps.com | Mar 13 2023 23:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 | |
| 15399224 | + EDI: CITICORP.COM | Mar 14 2023 03:32:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 | |
| 15399226 | + EDI: WFNNB.COM | Mar 14 2023 03:32:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 | |
| 15399227 | + EDI: WFNNB.COM | Mar 14 2023 03:32:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 | |
| 15399228 | + EDI: WFNNB.COM | Mar 14 2023 03:32:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 | |
| 15399229 | + EDI: WFNNB.COM | Mar 14 2023 03:32:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 | |
| 15399230 | + EDI: CRFRSTNA.COM | Mar 14 2023 03:32:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 | |
| 15399231 | EDI: DISCOVER.COM | Mar 14 2023 03:32:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 | |
| 15399232 | + EDI: DISCOVER.COM | Mar 14 2023 03:32:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 | |
| 15561527 | + EDI: DISCOVERPL | Mar 14 2023 03:32:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 | |
| 15440311 | Email/Text: EBNBKNOT@ford.com | | | |

District/off: 0315-7                          User: auto                                        Page 3 of 5
Date Rcvd: Mar 13, 2023                        Form ID: 318                                 Total Noticed: 70

| | | | |
|---|---|---|---|
| | | Mar 13 2023 23:35:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15399233 | + Email/Text: SAABankruptcy@fcbanking.com | Mar 13 2023 23:34:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15403510 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 13 2023 23:34:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15409178 | EDI: JPMORGANCHASE | Mar 14 2023 03:32:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 15399235 | EDI: JPMORGANCHASE | Mar 14 2023 03:32:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15399236 | EDI: JPMORGANCHASE | Mar 14 2023 03:32:00 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15404647 | ^ MEBN | Mar 13 2023 23:33:21 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15407392 | + Email/Text: lcarson@hatlawfirm.com | Mar 13 2023 23:35:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15419174 | + Email/Text: heather.mauro@northwest.com | Mar 13 2023 23:34:00 | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399244 | Email/Text: Bankruptcy@swiftcapital.com | Mar 13 2023 23:34:00 | SWIFT FINANCIAL, LLC, 3505 Silverside Rd, Wilmington, DE 19810 |
| 15508934 | EDI: PRA.COM | Mar 14 2023 03:32:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15419359 | EDI: PRA.COM | Mar 14 2023 03:32:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402007 | EDI: Q3G.COM | Mar 14 2023 03:32:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15409124 | EDI: Q3G.COM | Mar 14 2023 03:32:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15399243 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2023 23:35:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15399245 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399246 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399248 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15399249 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399250 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399251 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399252 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15419469 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15399401 | + EDI: RMSC.COM | Mar 14 2023 03:32:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15399253 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 13 2023 23:34:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA |

District/off: 0315-7                              User: auto                              Page 4 of 5
Date Rcvd: Mar 13, 2023                          Form ID: 318                             Total Noticed: 70

| | | | 30348-5555 |
| 15399254 | + | EDI: CITICORP.COM | |
| | | Mar 14 2023 03:32:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399255 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Mar 13 2023 23:34:00 | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15405803 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
| | | Mar 13 2023 23:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15399256 | ^ | MEBN | |
| | | Mar 13 2023 23:33:31 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of the West, its assignees and/or successors |
| cr | | Ford Motor Credit Company, LLC |
| cr | | Harley-Davidson Credit Corp. |
| cr | | JPMORGAN Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Rushmore Loan Management Services LLC |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| cr | | Toyota Motor Credit Corporation |
| 15403106 | | Ford Motor Credit Company, LLC |
| 15399237 | | Lakeview Loan Servicing, LLC, PO Box 840, NY 14200 |
| 15399247 | | Syncb/home Dsn Outdr L |
| aty | *P++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270, address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15404365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0271 |
| 15399994 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 11 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | |

on behalf of Creditor Rushmore Loan Management Services LLC logsecf@logs.com

**Christopher A. DeNardo**
    on behalf of Creditor JPMORGAN Chase Bank  National Association logsecf@logs.com

**Garry Alan Masterson**
    on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com

**Gary W. Darr**
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

**Jodi Hause**
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

**Keri P. Ebeck**
    on behalf of Creditor Bank of the West  its assignees and/or successors in interest kebeck@bernsteinlaw.com,
    jbluemle@bernsteinlaw.com

**Keri P. Ebeck**
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

**Keri P. Ebeck**
    on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

**Kristen D. Little**
    on behalf of Creditor JPMORGAN Chase Bank  National Association kdlittleecf@gmail.com

**Lawrence W. Willis**
    on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

**Lawrence W. Willis**
    on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

**Lisa M. Swope, Chapter 7 Trustee**
    on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com,
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

**Lisa M. Swope, Chapter 7 Trustee**
    lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

**Office of the United States Trustee**
    ustpregion03.pi.ecf@usdoj.gov

**S. James Wallace**
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

**Thomas E. Reilly**
    on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com

TOTAL: 17