IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| BRIAN A. LAURITSEN AND | : | Bankruptcy No. 21-70307-JAD |
| BOBBIE M LAURITSEN, | : | |
| dba LAURITSEN TRANSPORT LLC, | : | Doc. No. 163 |
| dba LAURITSEN TRANSPORT, | : | |
| | : | |
| Debtor(s) | : | Chapter 7 |
| | : | |

FILED
4/13/23 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER**

AND NOW, this **13th** day of **April 2023**, it appears to the Court that the Discharge Order signed March 13, 2023, at Document No. 163 was entered in error.

**IT IS HEREBY ORDERED** that the Discharge Order dated March 13, 2023, at ECF #163, **IS VACATED**.

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70307-JAD |
| Brian A Lauritsen | Chapter 7 |
| Bobbie M Lauritsen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Brian A Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| jdb | #+ | Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15399216 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399219 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15399234 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15399238 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399239 | + | McKenzie Banking Company, P.O. Box 220, Mc Kenzie, TN 38201-0220 |
| 15399240 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15399241 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15400916 | | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant St., 14th Floor, Pittsburgh, PA 15219 |
| 15399242 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15550902 | + | Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh PA 15235-5407 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2023 00:01:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 14 2023 00:01:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 13 2023 23:52:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15399215 | + | Email/Text: backoffice@affirm.com | Apr 13 2023 23:52:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15399217 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 13 2023 23:52:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15404364 | | Email/PDF: bncnotices@becket-lee.com | Apr 14 2023 00:01:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15403007 | + | Email/Text: bknotices@bankofthewest.com | Apr 13 2023 23:52:40 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |
| 15399218 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2023 23:51:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15400317 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 13 2023 23:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

| | | | |
|---|---|---|---|
| 15401665 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2023 23:51:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15402069 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2023 23:52:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15399225 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2023 23:52:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15399220 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 00:01:42 | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15399221 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 00:01:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15399222 | + Email/Text: bankruptcy@cavps.com | Apr 13 2023 23:52:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399223 | + Email/Text: bankruptcy@cavps.com | Apr 13 2023 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399224 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 00:01:43 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399226 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2023 23:52:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15399227 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2023 23:52:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15399228 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2023 23:52:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15399229 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2023 23:52:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15399230 | + Email/Text: BKPT@cfna.com | Apr 13 2023 23:52:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15399231 | Email/Text: mrdiscen@discover.com | Apr 13 2023 23:52:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15399232 | + Email/Text: mrdiscen@discover.com | Apr 13 2023 23:52:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15561527 | + Email/Text: dplbk@discover.com | Apr 13 2023 23:52:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15440311 | Email/Text: EBNBKNOT@ford.com | Apr 13 2023 23:52:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15399233 | + Email/Text: SAABankruptcy@fcbanking.com | Apr 13 2023 23:52:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15403510 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 13 2023 23:52:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15409178 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2023 00:01:41 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 15399235 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2023 00:01:46 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15399236 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2023 00:01:46 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15404647 | ^ MEBN | Apr 13 2023 23:49:16 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15407392 | + Email/Text: lcarson@hatlawfirm.com | Apr 13 2023 23:52:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15419174 | + Email/Text: heather.mauro@northwest.com | Apr 13 2023 23:52:00 | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399244 | Email/Text: Bankruptcy@swiftcapital.com | | |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 13 2023 23:52:00 | SWIFT FINANCIAL, LLC, 3505 Silverside Rd, Wilmington, DE 19810 |
| 15508934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2023 00:01:42 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15419359 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2023 00:01:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402007 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2023 23:52:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15409124 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2023 23:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15399243 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 13 2023 23:52:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15399245 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:51 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399246 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:52 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399248 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:51 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15399249 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:41 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399250 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:51 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399251 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:52 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399252 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:46 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15419469 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15399401 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15399253 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 13 2023 23:52:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15399254 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 00:01:53 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399255 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 13 2023 23:52:00 | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15405803 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 13 2023 23:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15399256 | ^ | MEBN | Apr 13 2023 23:49:40 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of the West, its assignees and/or successors |
| cr | | Ford Motor Credit Company, LLC |
| cr | | Harley-Davidson Credit Corp. |
| cr | | JPMORGAN Chase Bank, National Association |

| District/off: 0315-7 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| | | |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Rushmore Loan Management Services LLC |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| cr | | Toyota Motor Credit Corporation |
| 15403106 | | Ford Motor Credit Company, LLC |
| 15399237 | | Lakeview Loan Servicing, LLC, PO Box 840, NY 14200 |
| 15399247 | | Syncb/home Dsn Outdr L |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15404365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15399994 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 11 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2023            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Rushmore Loan Management Services LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor JPMORGAN Chase Bank  National Association logsecf@logs.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Keri P. Ebeck | on behalf of Creditor Bank of the West  its assignees and/or successors in interest kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN Chase Bank  National Association kdlittleecf@gmail.com |
| Lawrence W. Willis | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 5 of 5 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 67 |

urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lisa M. Swope, Chapter 7 Trustee
lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope, Chapter 7 Trustee
on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank ecf@tomreillylaw.com

TOTAL: 17