# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# JOHNSTOWN DIVISION

IN RE:                                                  CASE NO.: 21-70307-JAD

**Brian A Lauritsen,**
   Debtor.                                                                            CHAPTER 7

**Bobbie M Lauritsen,**
   Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of SPECIALIZED LOAN SERVICING LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA  30004**

                                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                         Attorney for Secured Creditor
                                                         13010 Morris Rd., Suite 450
                                                         Alpharetta, GA  30004
                                                         Telephone: 470-321-7112
                                                         Facsimile: 404-393-1425

                                                         By: _\S\Michelle L. McGowan, Esq._
                                                            Michelle L. McGowan, Esq., Esquire
                                                            Pennsylvania Bar No. 62414 PA
                                                            Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 10, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

BRIAN A LAURITSEN
130 E 21ST AVE
ALTOONA, PA 16601

BOBBIE M LAURITSEN
130 E 21ST AVE
ALTOONA, PA 16601

And via electronic mail to:

LAWRENCE W. WILLIS
WILLIS & ASSOCIATES, 201 PENN CENTER BLVD, SUITE 310
PITTSBURGH, PA 15235

LISA M. SWOPE, CHAPTER 7 TRUSTEE
NEUGEBAUER & SWOPE, P.C.
219 SOUTH CENTER STREET
P. O. BOX 270
EBENSBURG, PA 15931

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Angela Gill