# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

IN RE:                                                                                          CHAPTER 7
                                                                                                      CASE NO.: 21-70307-JAD

**Brian A Lauritsen**
**dba Lauritsen Transport LLC**
**dba Lauritsen Transport**

    Debtor,
                                                                                                      Hearing Date: September 19, 2023
**Bobbie M Lauritsen**                                                              Time: 10:00 a.m.
                                                                                                      Location: Penn Traffic Building,
    Joint Debtor,                                                        First Floor, 319 Washington Street,
_____/                                          Johnstown, PA 15901
                                                                                                      Courtroom B
**Specialized Loan Servicing LLC,**

    Movant,

v.

**Brian A Lauritsen**
**dba Lauritsen Transport LLC**
**dba Lauritsen Transport**
**Bobbie M Lauritsen**
**Lisa M. Swope**

    Respondents.
_____/

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF SPECIALIZED LOAN SERVICING LLC FOR RELIEF FROM STAY

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 12, 2023** (*i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the

hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

      You should take this Notice and the Motion to a lawyer at once.

      A hearing will be held on **September 19, 2023**, at **10:00 a.m.**, before Judge **Jeffery A. Deller** in **Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901 Courtroom B**.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: August 24, 2023

      **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
      Attorney for Secured Creditor
      13010 Morris Rd., Suite 450
      Alpharetta, GA 30004
      Telephone: 470-321-7112
      By: /s/ Michelle L. McGowan
      Michelle L. McGowan
      PA Bar Number 62414
      Email: mimcgowan@raslg.com