## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 21-70307-JAD |
| **Brian A Lauritsen** | CHAPTER NO. 7 |
| **dba Lauritsen Transport LLC** | DOCKET NO. |
| **dba Lauritsen Transport** | |
| Debtor, | |
| **Bobbie M Lauritsen** | |
| Joint Debtor, | |
| **Specialized Loan Servicing LLC** | |
| Movant, | |
| v. | |
| **Brian A Lauritsen**<br>**dba Lauritsen Transport LLC**<br>**dba Lauritsen Transport**<br>**Bobbie M Lauritsen**<br>**Lisa M. Swope** | |
| **Respondents,** | |

### AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE
### ON MOTION OF SPECIALIZED LOAN SERVICING LLC
### FOR (RELIEF REQUESTED)

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later **September 12, 2023** (i.e., seventeen (17) days after the date of service below,) in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **September 19, 2023**, at **10:00 a.m**., before **Judge Deller** in **Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901***. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: August 24, 2023

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
PA Bar Number 62414
Email: mimcgowan@raslg.com

**\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**