UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| IN RE:<br><br>**Brian A Lauritsen**<br>**dba Lauritsen Transport LLC**<br>**dba Lauritsen Transport**<br><br>      Debtor,<br><br>**Bobbie M Lauritsen**<br><br>      Joint Debtor,<br>_____/<br><br>**Specialized Loan Servicing LLC,**<br><br>      Movant,<br><br>v.<br><br>**Brian A Lauritsen**<br>**dba Lauritsen Transport LLC**<br>**dba Lauritsen Transport**<br>**Bobbie M Lauritsen**<br>**Lisa M. Swope**<br><br>      Respondents.<br>_____/ | Bankruptcy No. 21-70307-JAD<br><br>Chapter 7<br><br>Doc. No. 173 |

## **CERTIFICATE OF NO ANSWER**

      The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No.173, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: September 25, 2023

                                                    By: /s/ Michelle L. McGowan
                                                   Michelle L McGowan, Esq.
                                                   Robertson, Anschutz, Schneid, Crane

& Partners, PLLC
PA I.D 62414
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: mimcgowan@raslg.com
Attorney for Movant

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

IN RE:                                                                                           CHAPTER 7
                                                                                                 CASE NO.: 21-70307-JAD

**Brian A Lauritsen**
**dba Lauritsen Transport LLC**
**dba Lauritsen Transport**

    Debtor,

**Bobbie M Lauritsen**

    Joint Debtor,
_____/

**Specialized Loan Servicing LLC,**

    Movant,

v.

**Brian A Lauritsen**
**dba Lauritsen Transport LLC**
**dba Lauritsen Transport**
**Bobbie M Lauritsen**
**Lisa M. Swope**

    Respondents.
_____/

**CERTIFICATE OF SERVICE**

    I, _Michelle McGowan_ , certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on September 25, 2023 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Brian A Lauritsen
130 E 21st Ave
Altoona, PA 16601

Bobbie M Lauritsen
130 E 21st Ave
Altoona, PA 16601

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235

Lisa M. Swope, Chapter 7 Trustee
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Date: September 25, 2023

By:/s/ Michelle L. McGowan
Michelle L McGowan, Esq.
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
PA I.D 62414
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: mimcgowan@raslg.com
Attorney for Movant

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

IN RE:                                                    CHAPTER  7
                                                                                       CASE NO.: 21-70307-JAD

**Brian A Lauritsen**
**dba Lauritsen Transport LLC**
**dba Lauritsen Transport**

      **Debtor,**

**Bobbie M Lauritsen**

      **Joint Debtor,**
_____/

**Specialized Loan Servicing LLC,**

      **Movant,**

v.

**Brian A Lauritsen**
**dba Lauritsen Transport LLC**
**dba Lauritsen Transport**
**Bobbie M Lauritsen**
**Lisa M. Swope**

      **Respondents.**
_____/

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon consideration of Specialized Loan Servicing LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) ) **{IF CO-DEBTOR INSERT:** and 11 U.S.C. § 1301**}**, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Specialized Loan Servicing LLC's; and it is further

ORDERED, that Specialized Loan Servicing LLC's, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 840 24th Street, Altoona, Pennsylvania 16601, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Specialized Loan Servicing LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Jeffery A. Deller
U.S. Bankruptcy Court Judge