# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 21-70307-JAD |
| Brian A Lauritsen | ) Chapter 7 |
| Bobbie M Lauritsen | ) Related Document No. |
| Debtors. | ) Document No. |

## REPORT PURSUANT TO RULE 1019

**AND NOW**, comes V. Walter Popovski, by and through his undersigned counsel, and files the following Report pursuant to Rule 1019.

1. Brian A Lauritsen & Bobbie M Lauritsen is the Debtor in the above captioned proceedings, having filed a voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor's case was converted to a Chapter 7.

3. The Debtors did not incur any unpaid debts between filing and conversion.

4. The Debtors did not enter into any executory contracts during the pendency of their Chapter 13 case.

**Respectfully Submitted,**

**Dated:** September 25, 2023

/s/ Lawrence W Willis Esq
Lawrence W Willis Esq
85299
Willis & Associates
201 Penn Center
Suite 310
Pittsburgh, PA 15235
412-235-1721F