| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brian A Lauritsen | Social Security number or ITIN   xxx–xx–9465 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Bobbie M Lauritsen | Social Security number or ITIN   xxx–xx–4502 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   21–70307–JAD | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian A Lauritsen
dba Lauritsen Transport LLC, dba Lauritsen Transport

Bobbie M Lauritsen

9/28/23

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70307-JAD |
| Brian A Lauritsen | Chapter 7 |
| Bobbie M Lauritsen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 5 |
| Date Rcvd: Sep 28, 2023 | Form ID: 318 | Total Noticed: 74 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Brian A Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| jdb | #+ | Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15399216 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15608002 | + | Altoona Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15608005 | + | Altoona Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 15399219 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15399234 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15399238 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15399239 | + | McKenzie Banking Company, P.O. Box 220, Mc Kenzie, TN 38201-0220 |
| 15399240 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15399241 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15400916 | | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant St., 14th Floor, Pittsburgh, PA 15219 |
| 15399242 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15550902 | + | Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh PA 15235-5407 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BLMSWOPE | Sep 29 2023 04:49:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| smg | | EDI: PENNDEPTREV | Sep 29 2023 04:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2023 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 29 2023 04:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2023 01:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Sep 29 2023 04:49:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 29 2023 04:49:00 | PRA Receivables Management, LLC, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:11:00 | Specialized Loan Servicing LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 15399215 | + | Email/Text: backoffice@affirm.com | Sep 29 2023 01:14:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15399217 | + | EDI: GMACFS.COM | Sep 29 2023 04:49:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15404364 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:26:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15403007 | + | Email/Text: bankruptcy@bmo.com | Sep 29 2023 01:14:00 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |
| 15399218 | + | EDI: BANKAMER.COM | Sep 29 2023 04:49:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15400317 | + | EDI: BANKAMER2.COM | Sep 29 2023 04:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15401665 | | EDI: BANKAMER.COM | Sep 29 2023 04:49:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15402069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 29 2023 01:10:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15399225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 29 2023 01:10:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15399220 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:46 | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15399221 | + | EDI: CAPITALONE.COM | Sep 29 2023 04:49:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15399222 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2023 01:14:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399223 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2023 01:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15399224 | + | EDI: CITICORP.COM | Sep 29 2023 04:49:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399226 | + | EDI: WFNNB.COM | Sep 29 2023 04:49:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15399227 | + | EDI: WFNNB.COM | Sep 29 2023 04:49:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15399228 | + | EDI: WFNNB.COM | Sep 29 2023 04:49:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15399229 | + | EDI: WFNNB.COM | Sep 29 2023 04:49:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15399230 | + | EDI: CRFRSTNA.COM | Sep 29 2023 04:49:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15399231 | | EDI: DISCOVER.COM | Sep 29 2023 04:49:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15399232 | + | EDI: DISCOVER.COM | Sep 29 2023 04:49:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15561527 | + | EDI: DISCOVERPL | Sep 29 2023 04:49:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15440311 | | Email/Text: EBNBKNOT@ford.com | | |

Case 21-70307-JAD   Doc 184   Filed 09/30/23   Entered 10/01/23 00:29:52   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-7 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 318 | Total Noticed: 74 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Sep 29 2023 01:14:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15399233 | + | Email/Text: SAABankruptcy@fcbanking.com | Sep 29 2023 01:12:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15403510 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15409178 | | EDI: JPMORGANCHASE | Sep 29 2023 04:49:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 15399235 | | EDI: JPMORGANCHASE | Sep 29 2023 04:49:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15399236 | | EDI: JPMORGANCHASE | Sep 29 2023 04:49:00 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15404647 | ^ | MEBN | Sep 29 2023 01:00:10 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15407392 | + | Email/Text: lcarson@hatlawfirm.com | Sep 29 2023 01:14:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15419174 | + | Email/Text: heather.mauro@northwest.com | Sep 29 2023 01:12:00 | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15399244 | | Email/Text: Bankruptcy@swiftcapital.com | Sep 29 2023 01:11:00 | SWIFT FINANCIAL, LLC, 3505 Silverside Rd, Wilmington, DE 19810 |
| 15508934 | | EDI: PRA.COM | Sep 29 2023 04:49:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15419359 | | EDI: PRA.COM | Sep 29 2023 04:49:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402007 | | EDI: Q3G.COM | Sep 29 2023 04:49:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15409124 | | EDI: Q3G.COM | Sep 29 2023 04:49:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15399243 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 29 2023 01:14:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15627188 | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:11:00 | Specialized Loan Servicing LLC, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15399245 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399246 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15399248 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15399249 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399250 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399251 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15399252 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15419469 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15399401 | + | EDI: RMSC.COM | Sep 29 2023 04:49:00 | Synchrony Bank, c/o of PRA Receivables |

Case 21-70307-JAD   Doc 184   Filed 09/30/23   Entered 10/01/23 00:29:52   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-7 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 318 | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15399253 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 29 2023 01:11:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15399254 | + | EDI: CITICORP.COM | Sep 29 2023 04:49:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15399255 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 29 2023 01:12:00 | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15405803 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15399256 | ^ | MEBN | Sep 29 2023 00:59:47 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of the West, its assignees and/or successors |
| cr | | Ford Motor Credit Company, LLC |
| cr | | Harley-Davidson Credit Corp. |
| cr | | JPMORGAN Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Rushmore Loan Management Services LLC |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| cr | | Toyota Motor Credit Corporation |
| 15403106 | | Ford Motor Credit Company, LLC |
| 15399237 | | Lakeview Loan Servicing, LLC, PO Box 840, NY 14200 |
| 15399247 | | Syncb/home Dsn Outdr L |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| cr | *+ | Altoona Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15404365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15399994 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 11 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 5 of 5 |
| Date Rcvd: Sep 28, 2023 | Form ID: 318 | Total Noticed: 74 |

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com

Christopher A. DeNardo
    on behalf of Creditor JPMORGAN Chase Bank National Association logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor Rushmore Loan Management Services LLC logsecf@logs.com

Garry Alan Masterson
    on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

James R. Wood
    on behalf of Creditor Altoona Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Keri P. Ebeck
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
    on behalf of Creditor Bank of the West its assignees and/or successors in interest kebeck@bernsteinlaw.com,
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
    on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kristen D. Little
    on behalf of Creditor JPMORGAN Chase Bank National Association KRLITTLE@FIRSTAM.COM

Lawrence W. Willis
    on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com,
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope, Chapter 7 Trustee
    lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Michelle L. McGowan
    on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
    on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank ecf@tomreillylaw.com

TOTAL: 19